THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT SINCLAIR, *et al.*, | CASE NO. C19-1971-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs recently filed a motion to remand and noted the motion for consideration November 20, 2020, consistent with Local Civil Rule 7(d)(3). (*See* Dkt. No. 32.) In the interest of judicial efficiency, the Court will consider this motion concurrent to its consideration of Defendant's motion to dismiss (Dkt. No. 26). The Clerk is DIRECTED to renote Defendant's motion to dismiss (Dkt. No. 26) to November 20, 2020.

DATED this 3rd day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C19-1971-JCC
PAGE - 1